IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL BEVANS-SILVA,<br><br>      Defendant. | 8:23MJ17<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

  The defendant appeared before the Court on January 12, 2023 regarding Petition for Offender Under Supervision [1] (Petition for Offender Under Supervision [157] in the Southern District of Georgia). Michael Hansen represented the defendant. John Higgins represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. Magistrate Judge Christopher L. Ray in Courtroom No. 2, 8 Southern Oaks Court, Savannah, Georgia, at 9:00 a.m. on February 1, 2023. The defendant shall also report personally to the United States Probation Office in the Southern District of Georgia no later than 9:00 a.m. on January 17, 2023.

  The government moved for detention based upon risk of flight and danger. The defendant requested a detention hearing which was held. The defendant met his/her burden to establish by clear and convincing evidence that he/she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision issued by the Southern District of Georgia. 18 U.S.C. § 3143(a)(1).

  **IT IS SO ORDERED**.

  Dated this 12th day of January, 2023.

                     BY THE COURT:

                     s/ Michael D. Nelson
                     United States Magistrate Judge